# EXHIBIT 1



Figure 1, showing location of Site 2 at which 7 trees are to be removed.



Figure 2, site map of Site 2.

| Auto ID | Type | Species | DBH (in) | Height (ft) | Prescription |
|---|---|---|---|---|---|
| **VP_15300** | Removal | Oak, Coast Live | 2 | 10 | NA |
| **VP_15301** | Removal | Plum | 2 | 10 | NA |
| **VP_15302** | Removal | Oak, Coast Live | 9 | 35 | NA |
| **VP_15303** | Removal | Bay | 6 | 25 | NA |
| **VP_15304** | Removal | Oak, Coast Live | 3 | 20 | NA |
| **VP_15305** | Removal | Oak, Coast Live | 18 | 50 | NA |
| **VP_15306** | Dead–Standing | Oak, Coast Live | 7 | 7 | NA |

Table 1, inventory of Site 2.



Figure 3, VP_13500 to VP_15306 (seen from left to right) at Site 2. (Note only 7 trees to be removed.)