**Entered on Docket
July 29, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Gabrielle L. Albert (#190895)
(galbert@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (650) 636-9251

MILLER STARR REGALIA
Arthur F. Coon (#124206)
(Arthur.coon@msrlegal.com)
Matthew Henderson (#229259)
(matthew.henderson@msrlegal.com)
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Walnut Creek, CA 94596
Tel:     (925) 935-9400
Fax:    (925) 933-4126

*Attorneys for Debtors and
Reorganized Debtors*

**Signed and Filed: July 29, 2021**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>         **Reorganized Debtors.** | Case Nos. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Case Nos. 20-03122 and 20-03124 (consolidated)<br><br>**ORDER APPROVING STIPULATION MODIFYING INJUNCTION**<br><br>[No Hearing Requested] |
| **CITY OF LAFAYETTE, a municipal corporation,**<br>         **Plaintiff,**<br>    v.<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>         **Defendant.** | Complaints Filed:  October 30, 2020 and November 13, 2020 |

The Court having considered the *Stipulation Modifying Injunction* dated July 27, 2021 [Dkt. No. 15] (the "**Stipulation**"),[1] entered into by Pacific Gas and Electric Company ("**PG&E**"), as debtor and reorganized debtor (the "**Debtor**" or the "**Reorganized Debtor**") in the above-captioned cases (the "**Chapter 11 Cases**") and the City of Lafayette (the "**City**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Injunction is hereby modified so as to not apply to the seven trees identified in **Exhibit 1** attached to the Stipulation. Upon the entry of this Order, PG&E shall be free to alter or remove those seven trees.

3. Except as expressly modified herein, the Injunction shall remain in full force and effect until otherwise modified or terminated by this Court.

4. The Stipulation is binding on the Parties and each of their successors in interest.

5. The Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter thereof.

6. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

APPROVED AS TO FORM AND CONTENT:

Dated: July 27, 2021                     BEST BEST & KRIEGER LLP

By:   */s/ Caroline R. Djang*
CAROLINE R. DJANG
SCOTT W. DITFURTH
Attorneys for Plaintiff City of Lafayette

*** END OF ORDER ***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.